461 A.2d 865

Commonwealth v. Dixon, Jr., Appellant.

Argued March 17, 1983. John J. O'Brien, submitted a brief on behalf of appellant; Phyllis R. Streitel, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., ROWLEY and HOFFMAN, JJ.

Affirmed.

463 A.2d 23

Commonwealth v. Epps, Appellant.

Reargument Denied Aug. 15, 1983.

Petition for Allowance of Appeal Denied Dec. 14, 1983.

Argued January 27, 1983. Francis M. Socha, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.